**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

NO. 29705

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
CHRISTOPHER MCCORMACK, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-CR. NO. 08-1-2254)

ORDER OF CORRECTION
(By:  Fujise, J.[1])

In the above-entitled appeal, the Summary Disposition Order of the court entered on May 27, 2010, is hereby corrected as follows:  the caption on first page should be changed from "APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT" to "APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT."

The clerk of the court is directed to incorporate the foregoing change in the original Summary Disposition Order.

DATED:  Honolulu, June 16, 2010.



Associate Judge

---

[1]  Nakamura, C.J., Foley and Fujise, JJ.)